SIS RADIO, INC., D/B/A RADIO STATION WAYS v. AMERICAN BEAUTY FLORIST

No. 7126DC479

(Filed 4 August 1971)

APPEAL by plaintiff from *Stukes, D.J.,* 12 April 1971 Session of District Court held in MECKLENBURG County.

*Hedrick, McKnight, Parham, Helms, Warley and Jolly by Thomas A. McNeely for plaintiff appellant.*

*Osborne and Griffin by Wallace S. Osborne for defendant appellee.*

VAUGHN, Judge.

This case presents the same question that was decided in *Sis Radio v. Brogan* filed this date by Brock, J. For the reasons therein expressed the judgment is affirmed.

Affirmed.

Chief Judge MALLARD and Judge BROCK concur.